File No.: 12372

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Nicki M. Todaro, | : | Case No. 19-23010 CMB |
| | : | |
| Debtor. | : | |
| | : | Chapter No. 13 |
| Nicki M. Todaro, | : | |
| | : | |
| Plaintiff, | : | Adversary No. 20-_____ |
| | : | |
| vs. | : | |
| | : | |
| Wells Fargo Bank, N.A., | : | |
| | : | |
| Defendant. | : | |

## COMPLAINT TO DETERMINE SECURED STATUS

Debtor, Nicki M. Todaro, through her attorneys, Zebley Mehalov & White, P.C., and Daniel R. White, Esquire, files the following complaint and respectfully represents as follows:

1. Plaintiff/Debtor, Nicki M. Todaro, ("Debtor"), has filed for relief under Chapter 13 of the United States Bankruptcy Code.

2. Defendant, Wells Fargo Bank, N.A., ("Defendant"), loaned money to Debtor and has a mortgage on Debtor's real estate, known locally as 736 Second Street, Newell, Pennsylvania, (the "premises"), in the approximate amount of $69,190.00 by mortgage dated August 11, 2009, and recorded in the Office of the Recorder of Deeds of Fayette County in Record Book 3102, Page 731/Instrument No. 200900009878.

3. Defendant has filed secured proof of claim, No. 1, in the amount of $55,746.61, listing a mortgage interest in the premises.

4. The premises is Debtor's primary residence, has a current appraised market value of $38,500.00 and is subject to these liens prior to Defendant's mortgage: a first mortgage in favor of PNC Mortgage in the amount of $54,938.00 (POC #12).

5. Debtor has filed a Chapter 13 plan proposing to pay PNC Mortgage its normal monthly payment plus cure appropriate arrears, and to pay Defendant as a general unsecured creditor.

6. This is a core proceeding under the Bankruptcy Code. As required by Fed. R. Bankr. P. 7008, the Plaintiff/Debtor does consent to entry of final orders or judgment by the Bankruptcy Court.

WHEREFORE, Debtor requests the court to determine under 11 U.S.C. §506(d) that Debtor's premises has a market value of $38,500.00, subject to a senior mortgage in favor of PNC Mortgage in the amount of $54,938.00, and that Defendant's junior mortgage is completely unsecured.

ZEBLEY MEHALOV & WHITE, P.C.
BY

/s/ Daniel R. White
Daniel R. White
PA ID NO. 78718
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
Attorney for Debtor/Plaintiff