# SETTLEMENT STATEMENT

**A. U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT**
**SETTLEMENT STATEMENT**
Optional Form for Transactions without Sellers

HUD-1A OMB NO. 2502-0491

**NAME AND ADDRESS OF BORROWER:**
Nicki Todaro
736 2nd St.
Newell, PA 15466

**NAME AND ADDRESS OF LENDER:**
Wells Fargo Bank, N.A.
2701 Wells Fargo Way
Minneapolis, MN 55467

**PROPERTY LOCATION:**
736 2nd St.
Newell, PA 15466
Fayette County, Pennsylvania

**SETTLEMENT AGENT:** Economy Settlement Service
**PLACE OF SETTLEMENT:** 736 2nd St.
Newell, PA 15466
**SETTLEMENT DATE:** August 11, 2009   Disburse: 08/17/09
**LOAN NUMBER:** 2755

## L. SETTLEMENT CHARGES

**800. ITEMS PAYABLE IN CONNECTION WITH LOAN**
| | | |
|---|---|---|
| 801. Loan Origination Fee | % to | |
| 802. Loan Discount | % to | |
| 803. Appraisal Fee | to Kimberly A. Baldwin | 425.00 |
| 804. Credit Report | to Metro Advisor Group | 32.65 |
| 805. Lender's Inspection Fee | to | |
| 806. Mortgage Ins. App. Fee | to | |
| 807. Mortgage Broker Fee | to | |
| 808. Underwriting Fee | to Wells Fargo Bank, N.A. | 450.00 |
| 809. Flood cert. Fee | to WFFS | 19.00 |
| 810. UFMIP Fee | to HUd | 1,190.00 |
| 811. Mtg.Brk.Comp.1.952%fromWf to Metro Advisor Group | POCL:1350.59 | |
| 812. Tax Service fee | to WFRETS   POCBKR:100.00 | |
| 813. Processing Fee | to Metro Advisor Group | 337.00 |
| 814. Broker Fee | to Metro Advisor Group | 691.90 |
| 815. Broker Origination Fee | to Metro Advisor Group | 680.00 |

**900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE**
| | | |
|---|---|---|
| 901. Interest 08/17/09 to 09/01/09 @ $ 10.430000/day | | 156.45 |
| 902. Mortgage Insurance Prem for months to | | |
| 903. Hazard Insurance Prem for 1.0 yr to | | |

**1000. RESERVES DEPOSITED WITH LENDER**
| | | |
|---|---|---|
| 1001. Hazard Insurance | 3.000 months @ $ 50.25 per month | 150.75 |
| 1002. Mortgage Insurance | months @ $ 28.16 per month | |
| 1003. City/Town Taxes | months @ $ per month | |
| 1004. County Taxes | 7.000 months @ $ 21.75 per month | 152.25 |
| 1005. Assessments | months @ $ per month | |
| 1006. | months @ $ per month | |
| 1007. School Taxes | 2.000 months @ $ 40.96 per month | 81.92 |
| 1008. Aggregate Adjustmen | months @ $ per month | -159.00 |

**1100. TITLE CHARGES**
| | | |
|---|---|---|
| 1101. Settlement Fee | to Economy Settlement Service | 300.00 |
| 1102. COURIER FEE | to | |
| 1103. E-doc FEE | to Economy Settlement Service | 40.00 |
| 1104. CLOSING PROTECTION LET to Stewart Title Guranity | | 35.00 |
| 1105. Document Prep. | to | |
| 1106. Notary Fees | to | |
| 1107. Attorney's Fees | to | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance | to BROKERS SETTLEMENT SERVIC   SUB RATE | 488.70 |
| (includes above item numbers: ) | | |
| 1109. Lender's Coverage $ | | |
| 1110. Owner's Coverage $ | | |
| 1111. Endorsements (100,300,8.1) | to Economy Settlement Service | 150.00 |

**1200. GOVERNMENT RECORDING AND TRANSFER CHARGES**
| | | |
|---|---|---|
| 1201. Recording fees: Mortgage $ 69.50 ; Releases $ | | 69.50 |
| 1202. City/County Tax/Stamps: Mortgage $ | | |
| 1203. State Tax/Stamps: Mortgage $ | | |

**1300. ADDITIONAL SETTLEMENT CHARGES**
| | | |
|---|---|---|
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1304. Overnight Fee | to Economy Settlement Service | 78.00 |

**1400. TOTAL SETTLEMENT CHARGES** (enter on line 1602) — 5,369.12

## M. DISBURSEMENT TO OTHERS

| | | |
|---|---|---|
| 1501. Mortgage Payoff | to National City Bank | 50,481.66 |
| 1502. EST 2009 School Taxes | to Scott Brundege, TC | 600.00 |
| 1503. Payoff | to Chase | 4,731.00 |
| 1504. Payoff | to Bank of America | 4,487.00 |
| 1505. Payoff | to GEMB/Walmart | 3,292.00 |
| 1520. TOTAL DISBURSED (enter on line 1603) | | 63,591.66 |

## N. NET SETTLEMENT

| | |
|---|---|
| 1600. Loan Amount | $ 69,190.00 |
| 1601. Plus Cash/Check from Borrower | $ 0.00 |
| 1602. Minus Total Settlement Charges (line 1400) | $ 5,369.12 |
| 1603. Minus Total Disbursements to Others (line 1520) | $ 63,591.66 |
| 1604. Equals Disbursements to Borrower (after expiration of any applicable rescission period required by law) | $ 229.22 |

The undersigned hereby acknowledge receipt of a completed copy of this statement & any attachments referred to herein.

Borrower: *Nicki Todaro* (signed)
Nicki Todaro

*(signed)* Economy Settlement Service
Settlement Agent

Certified to be a true copy.

**EXHIBIT A**

Form HUD-1A (2/94) ref. RESPA        10  04-96  (ESS1639/ESS1639/9)