# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Nicki M. Todaro,<br>      Debtor/Plaintiff,<br> vs.<br><br>Wells Fargo Bank, N.A.,<br>      Defendant.<br><hr>Wells Fargo Bank, N.A.,<br>      Third Party Plaintiff,<br> vs.<br><br>PNC Bank, N.A.,<br>      Third Party Defendant. | Case No. 19-23010-CMB<br><br>Chapter No. 13<br><br>Adversary No. 20-02035-CMB<br><br>Related to Document Nos. 11, 12, 14, 15, 16 |

## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age and that on the 30th day of April, 2020, I served a copy of the Third Party Complaint, Summons, Early Conference Certification and Stipulation, and Order Regarding Adversary Proceeding & Notice to Comply with Early Conference of Parties Procedure by U.S. First Class Mail, postage prepaid on the following parties:

  *Debtor:*
  Nicki M. Todaro
  P.O. Box 2
  736 Second Street
  Newell, PA 15466

  *Third Party Defendant:*
  PNC Bank, N.A.
  P.O. Box 94982
  Cleveland, OH 44101

  *Counsel for PNC Bank, N.A.:*
  Karina Velter, Esquire

1

>Manley Deas Kochalski, LLC
>P.O. Box 165028
>Columbus, OH 43216
>
>*Office of the United States Trustee:*
>Office of the U.S. Trustee
>Liberty Center, Suite 970
>1001 Liberty Avenue
>Pittsburgh, PA  15222
>
>*Chapter 13 Bankruptcy Trustee:*
>Ronda J. Winnecour
>Suite 3250, USX Tower
>600 Grant Street
>Pittsburgh, PA 15219
>
>Wells Fargo Bank, N.A.
>c/o Jill Manuel-Coughlin, Esquire
>Eight Neshaminy Interplex, Suite 215
>Trevose, PA 19053

and served true and correct copies of the above-referenced documents, via ECF and e-mail, to the

following registered users:

>*Attorney for Debtor, Nicki M. Todaro:*
>Daniel R. White, Esquire
>Zebley, Mehalov & White, P.C.
>P.O. Box 2123
>Uniontown, PA  15401

>Respectfully submitted,
>
>KING LEGAL GROUP, LLC
>
>By:   /s/ Bradley A. King
>      Bradley A. King, Esquire
>      KING LEGAL GROUP, LLC
>      PA I.D. # 307090
>      114 North Maple Avenue
>      Greensburg, PA 15601
>      (724) 836-1500
>      (724) 836-1668 fax

2

        bking@kinglg.com
        Attorney for Defendant/Third Party Plaintiff, Wells Fargo Bank, N.A.

Executed on: May 1, 2020

Name and Address of Person Who Made Service:
Bradley A. King, Esquire
King Legal Group, LLC
114 North Maple Avenue
Greensburg, PA 15601