# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Nicki M. Todaro<br>        Debtor/Plaintiff<br><br>v.<br><br>Wells Fargo Bank, N.A.<br>        Defendant<br><br><br>Wells Fargo Bank, N.A.<br>        Third Party Plaintiff<br><br>v.<br><br>PNC Bank, N.A.<br>        Third Party Defendant | NO. 19-23010-CMB<br><br>Chapter 13<br><br>Adversary No. 20-02035-CMB<br><br>Related to Doc. No. 24 |

## ORDER OF COURT

AND NOW, this __15th__ day of __September__, 2020, upon consideration of the Joint Motion to Extend the Deadlines Set Forth in the Court's Order of August 17, 2020 and to Continue the Hearing Scheduled for October 7, 2020 filed herein, it is hereby

**Ordered** that the Motion is **granted**, and the deadlines in the Court's Order of August 17, 2020 are extended to October 9, 2020 for the parties to meet and confer, and to October 16, 2020 for the parties to file their joint status report; and it is further

**Ordered** that the hearing scheduled for October 7, 2020 at 11:30 a.m. is continued to the __10th__ day of __November__, 2020 at __11:30 a__.m. via telephone. Parties should refer to Chief Judge Bohm's Modified Telephonic Procedures effective March 16, 2020 (Updated September 3, 2020) on the Court's Website for information regarding appearing telephonically with CourtCall.

FILED
9/15/20 9:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge