# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Nicki M. Todaro<br>　　　　　　Debtor/Plaintiff<br><br>　　v.<br><br>Wells Fargo Bank, N.A.<br>　　　　　　Defendant<br><br><br>Wells Fargo Bank, N.A.<br>　　　　　　Third Party Plaintiff<br><br>　　v.<br><br>PNC Bank, N.A.<br>　　　　　　Third Party Defendant | NO. 19-23010-CMB<br><br>Chapter 13<br><br>Adversary No. 20-02035-CMB |

## CERTIFICATION OF SERVICE

I, Brian C. Nicholas, Esquire, hereby certify that I served the foregoing Joint Motion to Extend the Deadlines Set Forth in the Court's Order of September 15, 2020 and to Continue the Hearing Scheduled for November 10, 2020 upon the parties listed below on October 16, 2020.

Bradley A. King, Esquire (VIA ECF)
King Legal Group, LLC
114 North Maple Street
Greensburg, PA 15601

Daniel R. White, Esquire (VIA ECF)
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA 15401

Ronda J. Winnecour (VIA ECF)
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the U.S. Trustee (VIA ECF)
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Date: October 16, 2020

    By: */s/ Brian C. Nicholas, Esquire*
    Brian C. Nicholas, Esquire
    PA ID # 317240
    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA  19106
    Phone: (201)-549-2366
    bnicholas@kmllawgroup.com
    Attorney for PNC Bank, National Association