**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Nicki M. Todaro | Bankruptcy No. 19-23010-CMB |
|           Debtor/Plaintiff<br>  v. | Chapter 13 |
| Wells Fargo Bank, N.A. | Adversary No. 20-02035-CMB |
|           Defendant | |
| Wells Fargo Bank, N.A. | |
|           Third Party Plaintiff | Related to Doc. Nos. 31, 34, 37 |
|   v. | |
| PNC Bank, N.A. | |
|           Third Party Defendant | |

## ORDER OF COURT

AND NOW, this 19th day of October, 2020, upon consideration of the Joint Motion (Doc. No. 37) to extend deadlines and continue the hearing on November 10, 2020, it is hereby

**Ordered** that the Motion is **granted**, and the deadlines in the Court's Orders of August 17, 2020 (Doc. No. 31) and September 15, 2020 (Doc. No. 34) are extended to November 9, 2020 for the parties to meet and confer, and to November 16, 2020 for the parties to file their joint status report; and it is further

**Ordered** that the hearing scheduled for November 10, 2020 at 11:30 a.m. is continued to **December 9, 2020**, at **11:30 A.M.** via the Zoom Video Conference Application ("Zoom"). To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

By the Court,

FILED
10/19/20 4:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_ dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge