# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **Nicki M. Todaro,** | : | Bankruptcy No. 19-23010-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| **Nicki M. Todaro,** | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Adversary No. 20-2035-CMB |
| | : | |
| **Wells Fargo Bank, N.A.,** | : | Related to Doc. Nos. 1, 10, 11, |
| | : | 15, 16, 22, 24, 26, 40, 41 |
| Defendant. | : | |
| | : | |
| **Wells Fargo Bank, N.A.,** | : | |
| | : | |
| Third Party Plaintiff, | : | |
| v. | : | |
| | : | |
| **PNC Bank, N.A.,** | : | |
| | : | |
| Third Party Defendant. | : | |

## ORDER

**AND NOW,** this **3rd** day of **December**, **2020**, upon review of the docket and the filing at Doc. No. 41 withdrawing the *Motion of Third Party Defendant, PNC Bank National Association to Dismiss Third Party Plaintiff's Complaint Under Rule 12(b)(6) for Failure to State a Claim Upon which Relief can be Granted* ("Motion to Dismiss," Doc. No. 24),

It is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The Motion to Dismiss is withdrawn.
2. The status conference scheduled on December 9, 2020 at 11:30 A.M. is **CANCELLED.**
3. On or before **January 6, 2021**, PNC Bank National Association shall file an answer to the *Third Party Complaint* (Doc. No. 11).

1

4. The deadlines to comply with the Early Conference of Parties Procedure set forth in the Order entered April 30, 2020 (Doc. No. 16), that were subsequently stayed by Text Order (Doc. No. 26) pending the resolution of the Motion to Dismiss, are reinstated as follows:

   a. On or before **February 3, 2021, <u>all parties to this adversary proceeding</u>** shall hold an Early Conference of Parties in accordance with the Undersigned's Procedures. At the Early Conference, the parties shall confer on all matters identified in the Early Conference Certification and Stipulation (Doc. No. 15).

   b. On or before **February 10, 2021,** counsel for Wells Fargo Bank, N.A. shall file the Early Conference Certification and Stipulation completed in its entirety and signed by counsel for all the parties.

5. After the Early Conference Certification and Stipulation is filed, the Court will schedule a first pretrial conference.

FILED
12/3/20 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*  **dmr**
Carlota M. Böhm
Chief United States Bankruptcy Judge