**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **Nicki M. Todaro,** | : | **Bankruptcy No. 19-23010-CMB** |
| | : | |
| **Debtor.** | : | **Chapter 13** |
| _____ | : | |
| | : | |
| **Nicki M. Todaro,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Adversary No. 20-2035-CMB** |
| | : | |
| **Wells Fargo Bank, N.A.,** | : | **Related to Doc. Nos. 42, 43, 44, 45** |
| | : | |
| **Defendant.** | : | |
| _____ | : | |
| | : | |
| **Wells Fargo Bank, N.A.,** | : | |
| | : | |
| **Third Party Plaintiff,** | : | |
| **v.** | : | |
| | : | |
| **PNC Bank, N.A.,** | : | |
| | : | |
| **Third Party Defendant.** | : | |
| _____ | : | |

**ORDER**

**AND NOW,** this **11th** day of **February**, **2021**, upon review of the record, this Court finds as follows:

1.  By Order entered December 3, 2020 (Doc. No. 42), PNC Bank, N.A. ("PNC") was to file an answer to the *Third Party Complaint* (Doc. No. 11) on or before January 6, 2021. The Court also reinstated the deadlines for the parties to hold an Early Conference of Parties and file the Early Conference Certification and Stipulation.

2.  On February 9, 2021, Wells Fargo Bank, N.A. ("Wells Fargo") sought Entry of Default (Doc. No. 43) and filed a *Motion for Default Judgment Against Third Party Defendant, PNC Bank, N.A.* ("Motion for Default Judgment," Doc. No. 44).

1

3.  Also, on February 9, 2021, PNC filed *PNC Bank, NA's Motion to Extend Time to Answer*
    ("Motion to Extend," Doc. No. 45). Attached to the Motion to Extend is *PNC Bank, NA's
    Answer to Third Party Complaint*.

    Based on the foregoing, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1.  Any response to the Motion to Extend shall be filed on or before **February 23, 2021.**

2.  A hearing on the Motion to Extend will be held on **March 1, 2021,** at **11:00 A.M.** by
    Zoom Video Conference. To join the Zoom hearing, please initiate by using the
    following link 15 minutes prior to your scheduled hearing time:
    https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the
    following Meeting ID: 161 4380 0191. **ALL HEARING PARTICIPANTS ARE
    REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES**,
    which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-
    videohrg.pdf.

3.  At the hearing on March 1, 2021, the Court will address Wells Fargo's request for Entry
    of Default and the Motion for Default Judgment and how to proceed.

4.  The deadlines for compliance with the Early Conference of Parties Procedure are stayed
    pending resolution of the Motion to Extend.

5.  The parties are directed to confer in good faith to resolve the pending motions.

FILED
2/11/21 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm                         dmr
Chief United States Bankruptcy Judge