### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | |
| **Nicki M. Todaro,** | Bankruptcy No. 19-23010-CMB |
| Debtor. | Chapter 13 |
| **Nicki M. Todaro,** | |
| Plaintiff, | |
| v. | Adversary No. 20-2035-CMB |
| **Wells Fargo Bank, N.A.,** | Related to Doc. Nos. 42, 43, 44, 45 |
| Defendant. | |
| **Wells Fargo Bank, N.A.,** | |
| Third Party Plaintiff, | |
| v. | |
| **PNC Bank, N.A.,** | |
| Third Party Defendant. | |

### ORDER

**AND NOW,** this **11th** day of **February**, **2021**, upon review of the record, this Court finds as follows:

1. By Order entered December 3, 2020 (Doc. No. 42), PNC Bank, N.A. ("PNC") was to file an answer to the *Third Party Complaint* (Doc. No. 11) on or before January 6, 2021. The Court also reinstated the deadlines for the parties to hold an Early Conference of Parties and file the Early Conference Certification and Stipulation.

2. On February 9, 2021, Wells Fargo Bank, N.A. ("Wells Fargo") sought Entry of Default (Doc. No. 43) and filed a *Motion for Default Judgment Against Third Party Defendant, PNC Bank, N.A.* ("Motion for Default Judgment," Doc. No. 44).

1

3. Also, on February 9, 2021, PNC filed *PNC Bank, NA's Motion to Extend Time to Answer* ("Motion to Extend," Doc. No. 45). Attached to the Motion to Extend is *PNC Bank, NA's Answer to Third Party Complaint*.

Based on the foregoing, it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. Any response to the Motion to Extend shall be filed on or before **February 23, 2021.**

2. A hearing on the Motion to Extend will be held on **March 1, 2021,** at **11:00 A.M.** by Zoom Video Conference. To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. **ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES**, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

3. At the hearing on March 1, 2021, the Court will address Wells Fargo's request for Entry of Default and the Motion for Default Judgment and how to proceed.

4. The deadlines for compliance with the Early Conference of Parties Procedure are stayed pending resolution of the Motion to Extend.

5. The parties are directed to confer in good faith to resolve the pending motions.

FILED
2/11/21 2:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____  **dmr**
Carlota M. Böhm
Chief United States Bankruptcy Judge

2

United States Bankruptcy Court

Western District of Pennsylvania

Todaro,

    Plaintiff

Adv. Proc. No. 20-02035-CMB

WELLS FARGO BANK, N.A.,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 2

Date Rcvd: Feb 11, 2021      Form ID: pdf900      Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Nicki M. Todaro, P.O. Box 2, 736 Second Street, Newell, PA 15466-0002 |
| 3pp | + | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Feb 12 2021 03:11:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 12 2021 03:11:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Feb 12 2021 03:11:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| 3pd | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 12 2021 03:10:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Nicki M. Todaro, P.O. Box 2, 736 Second Street, Newell, PA 15466-0002 |
| dft | *+ | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| cc | *+ | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Case 20-02035-CMB Doc 47 Filed 02/13/21 Entered 02/14/21 00:37:50 Desc Imaged
Certificate of Notice Page 4 of 4

| District/off: 0315-2 | User: dric | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 6 |

Date: Feb 13, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:**

**Name**  **Email Address**

Bradley A. King
    on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. bking@kingguiddylaw.com

Bradley A. King
    on behalf of Defendant WELLS FARGO BANK  N.A. bking@kingguiddylaw.com

Brian Nicholas
    on behalf of 3rd Pty Defendant PNC Bank  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Defendant WELLS FARGO BANK  N.A. bnicholas@kmllawgroup.com

Daniel R. White
    on behalf of Plaintiff Nicki M. Todaro sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

James Warmbrodt
    on behalf of 3rd Pty Defendant PNC Bank  N.A. bkgroup@kmllawgroup.com

Scott A. Dietterick
    on behalf of 3rd Pty Defendant PNC Bank  N.A. amps@manleydeas.com

TOTAL: 7