**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Nicki M. Todaro<br>    Debtor | |
| Nicki M. Todaro<br>    Plaintiff<br>  v.<br>Wells Fargo Bank, N.A.<br>    Defendant. | BK. NO. 19-23010 CMB<br><br>CHAPTER 13<br><br>Adversary No. 20-2035 CMB<br><br>Related to Docs Nos. 42-45 , 48 |
| Wells Fargo Bank, N.A.,<br>    Third Party Plaintiff,<br>  v.<br>PNC Bank, N.A., Third Party Defendant. | |

## CONSENT ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Consent Order:

WHEREAS, on February 9, 2021, Wells Fargo Bank, N.A. ("Wells Fargo") filed a Motion for Default Judgment Against Third Party Defendant, PNC Bank, N.A. ("PNC Bank").

WHEREAS, also on February 9, 2021, PNC Bank filed a Motion to Extend Time to Answer to Third Party Complaint.

WHEREAS, on February 11, 2021, an order was entered scheduling a hearing on March 1, 2021 at 11:00 a.m.

WHEREAS, the parties have discussed this matter in depth and hereby enter into this Consent Order to resolve the Motion for Default Judgment and Motion to Extend Time.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. PNC Bank has fourteen (14) days from the date of this Order to file an Answer to the Third Party Complaint.

2. Wells Fargo's Motion to Enter Default Judgment is withdrawn without prejudice.

3. PNC Bank's Motion to Extend Time to Answer is denied as moot.

Consented to by:

| | |
|---|---|
| **/s/ Bradley A. King** | **/s/ Brian C. Nicholas** |
| Bradley A. King, Esq. | Brian C. Nicholas, Esq., PA ID 317240 |
| King & Guiddy, LLC | KML Law Group, P.C. |
| 114 N. Maple Avenue | 701 Market Street, Suite 5000 |
| Greensburg, PA 15601 | Philadelphia, PA 19106 |
| Phone: 724-836-1500 | Phone: (201-549-5366) |
| Email: bking@kingguiddylaw.com | Email: bnicholas@kmllawgroup.com |

It is hereby ORDERED that the parties' Consent Order be and hereby is APPROVED and the hearing scheduled for March 1, 2021 at 11:00 a.m. is hereby CANCELLED.

By the Court,

Dated: February 24, 2021

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
2/24/21 10:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA