IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br>Nicki M. Todaro<br>    Debtor | Bankruptcy No. 19-23010-CMB<br>Adversary No. 20-2035-CMB<br><br>Chapter 13 |
| Nicki M. Todaro<br>    Plaintiff<br>    v.<br><br>Wells Fargo Bank, N.A.<br>    Defendant | PNC Bank, NA's Answer to Third Party Complaint |
| Wells Fargo Bank, N.A.<br>    Third Party Plaintiff<br><br>    v.<br><br>PNC Bank, N.A.<br>    Third Party Defendant | |

PNC BANK, NA'S ANSWER TO THIRD PARTY COMPLAINT

PNC Bank, N.A., by and through its counsel hereby answers the adversary complaint as follows:

(1) Admitted.

(2) Admitted.

(3) The documents speak for themselves. To the extent an answer is required, admitted.

(4) Admitted.

(5) Denied.

(6) Third Party Defendant is within sufficient information or belief to admit or deny the assertion of this paragraph and leave Third Party Plaintiff to it's proofs.

(7) Denied.

(8) Denied.

(9) Denied.

(10)    Denied.

(11)    Denied. Any negligence in this matter was solely at the hands of Third Party Plaintiff, Wells Fargo in failing to require that the subject line of credit be closed.

(12)    Denied.

(13)    Denied.

(14)    Denied.

(15)    Denied.

(16)    Denied.

(17)    Denied.

(18)    Denied.

(19)    Denied.

(20)    Denied.

COUNT 1 Equitable Subrogation

(21)    A response is not required to this paragraph.

(22)    Denied.

(23)    Denied.

(24)    Denied.

(25)    Denied.

(26)    Denied.

(27)    Denied.

(28)    Denied.

Wherefore, Third Party Defendant, PNC Bank, N.A., respectfully requests that this Honorable Court enter judgment dismissing the Third Party Complaint and for any other relief the Court finds just and proper.

Count II – Unjust Enrichment
- (29)   This is not a paragraph to which a response is required.
- (30)   Denied.
- (31)   Denied.
- (32)   Denied.
- (33)   Denied.
- (34)   Denied.

Wherefore, Third Party Defendant, PNC Bank, N.A., respectfully requests that this Honorable Court enter judgment dismissing the Third Party Complaint and for any other relief the Court finds just and proper.

COUNT III – Fraud/Bad Faith
- (35)   This is a paragraph to which a response is not required.
- (36)   Denied.
- (37)   Denied.
- (38)   Denied.
- (39)   Denied.
- (40)   Denied.
- (41)   Denied.
- (42)   Denied.
- (43)   Denied.
- (44)   Denied.
- (45)   Denied.

Wherefore, Third Party Defendant, PNC Bank, N.A., respectfully requests that this Honorable Court enter judgment dismissing the Third Party Complaint and for any other relief the Court finds just and proper.

COUNT IV - Mistake

    (46)    This is a paragraph to which no response is required.

    (47)    Denied.

    (48)    Denied.

    (49)    Denied.

    (50)    Denied.

Wherefore, Third Party Defendant, PNC Bank, N.A., respectfully requests that this Honorable Court enter judgment dismissing the Third Party Complaint and for any other relief the Court finds just and proper.

COUNT IV – Quiet Title

    (51)    This is a paragraph to which no response is required.

    (52)    Admitted.

    (53)    Denied.

    (54)    Denied.

    (55)    Denied.

    (56)    Denied.

    (57)    Denied.

Wherefore, Third Party Defendant, PNC Bank, N.A., respectfully requests that this Honorable Court enter judgment dismissing the Third Party Complaint and for any other relief the Court finds just and proper.

Respectfully Submitted,

/s/ Brian C. Nicholas, Esq.

_____

Dated: 2/25/2021

Brian C. Nicholas, Esq.
PA ID 317240
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2366
bnicholas@kmllgroup.com