IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19-23010 CMB |
| NICKI M. TODARO, | ) | Chapter 13 |
| Debtor. | ) | |
| NICKI M. TODARO, | ) | Adversary No. 20-2035 CMB |
| Plaintiff, | ) | Related to Doc. No. 52 |
| v. | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| Defendant, | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| Third Party Plaintiff, | ) | |
| v. | ) | |
| PNC BANK, N.A., | ) | |
| Third Party Defendant. | ) | |

**ORDER GOVERNING PRETRIAL MATTERS**

**AND NOW,** this *6th* day of *April, 2021*, whereas the Parties in the above-captioned adversary proceeding filed their *Early Conference Certification and Stipulation*,

It is hereby **ORDERED, ADJUDGED, AND DECREED** as follows:

__X__ The *Early Conference Certification and Stipulation* is adopted in its entirety as filed by the parties.

____    The *Early Conference Certification and Stipulation* is adopted with the following

amendments:

FILED
4/6/21 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*[signature]* dmr
Carlota M. Böhm
Chief United States Bankruptcy Judge