IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>NICKI M. TODARO,<br>       Debtor. | Bankruptcy No. 19-23010 CMB<br><br>Chapter 13 |
| NICKI M. TODARO,<br>       Plaintiff,<br>   v.<br><br>WELLS FARGO BANK, N.A.<br>       Defendant. | Adversary No. 20-2035 CMB |
| WELLS FARGO BANK, N.A.,<br>       Third Party Plaintiff,<br>   v.<br><br>PNC BANK, N.A.,<br>       Third Party Defendant. | |

**ORDER OF COURT**

AND NOW, this *6th* day of *April, 2021*,

**IT IS HEREBY ORDERED** that a ZOOM Pre-Trial Conference regarding the above-captioned adversary proceeding is scheduled for *September 14, 2021* at *1:30 p.m.*, via the Zoom Video Conference Application. To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

Whereas counsel did not certify within the Early Conference Certification and Stipulation that settlement and mediation have been discussed with the parties, it is **FURTHER ORDERED** that counsel shall discuss these matters with the parties as discovery progresses and prior to the

first pretrial conference. At the first pretrial conference, the Court will address mediation and will consider extending the deadline for dispositive motions to permit time for settlement discussions and/or mediation.

BY THE COURT:

_____
Carlota M. Böhm    dmr
Chief United States Bankruptcy Judge

FILED
4/6/21 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA