**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

NICKI M. TODARO,                                          Bankruptcy No. 19-23010 CMB
          Debtor.

_____                         Chapter 13

NICKI M. TODARO,
          Plaintiff,                                   Adversary No. 20-2035 CMB

      v.

WELLS FARGO BANK, N.A.
          Defendant.

_____

WELLS FARGO BANK, N.A.,
          Third Party Plaintiff,

      v.

PNC BANK, N.A.,
          Third Party Defendant.

**ORDER OF COURT**

AND NOW, this *6th* day of *April, 2021*,

**IT IS HEREBY ORDERED** that a ZOOM Pre-Trial Conference regarding the above-captioned adversary proceeding is scheduled for *September 14, 2021* at *1:30 p.m.*, via the Zoom Video Conference Application.  To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time:

https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at:

https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

Whereas counsel did not certify within the Early Conference Certification and Stipulation that settlement and mediation have been discussed with the parties, it is **FURTHER ORDERED** that counsel shall discuss these matters with the parties as discovery progresses and prior to the

first pretrial conference. At the first pretrial conference, the Court will address mediation and

will consider extending the deadline for dispositive motions to permit time for settlement

discussions and/or mediation.

BY THE COURT:

Carlota M. Böhm                                    **dmr**
Chief United States Bankruptcy Judge

FILED
4/6/21 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

Todaro,

     Plaintiff

                                                                           Adv. Proc. No. 20-02035-CMB

WELLS FARGO BANK, N.A.,

     Defendant

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dric | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Nicki M. Todaro, P.O. Box 2, 736 Second Street, Newell, PA 15466-0002 |
| 3pp | + | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Apr 07 2021 04:45:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Apr 07 2021 04:45:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Apr 07 2021 04:46:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| 3pd | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 07 2021 04:45:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Nicki M. Todaro, P.O. Box 2, 736 Second Street, Newell, PA 15466-0002 |
| dft | *+ | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| cc | *+ | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2

User: dric

Page 2 of 2

Date Rcvd: Apr 06, 2021

Form ID: pdf900

Total Noticed: 6

Date: Apr 08, 2021

Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley A. King | on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of Defendant WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Brian Nicholas | on behalf of 3rd Pty Defendant PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Defendant WELLS FARGO BANK  N.A. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Plaintiff Nicki M. Todaro sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| James Warmbrodt | on behalf of 3rd Pty Defendant PNC Bank  N.A. bkgroup@kmllawgroup.com |
| Scott A. Dietterick | on behalf of 3rd Pty Defendant PNC Bank  N.A. amps@manleydeas.com |

TOTAL: 7