## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Nicki M. Todaro,

                    Debtor/Plaintiff,

      vs.

Wells Fargo Bank, N.A.,

                    Defendant.

Wells Fargo Bank, N.A.,

                    Third Party Plaintiff,

      vs.

PNC Bank, N.A.,

                    Third Party Defendant.

Case No.  19-23010-CMB

Chapter No. 13

Adversary No. 20-02035-CMB

Related to Document No. 57, 59

### <u>ORDER OF COURT</u>

AND NOW, this __5th__ day of ____November____, 2021, upon consideration of the Joint Motion to Extend Deadlines Set Forth in the Court's Order of September 2, 2021 and to Continue the Pre-Trial Conference Scheduled for November 10, 2021 filed herein, it is hereby

ORDERED that the Motion is granted and the deadlines in the Court's Order of September 2, 2021 are extended to January 1, 2022 for discovery to be completed and to January 30, 2022 for dispositive motions to be submitted; and it is further

ORDERED, that the Pre-Trial Conference scheduled for November 10, 2021 at 11:00 a.m. is continued to the __25th__ day of ____January____, 20__22__ at __11:00__ __a__.m. via the Zoom Video Conference Application ("Zoom").  To join the Zoom hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID:  161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE  ZOOM PROCEDURES, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.

FILED
11/5/21 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
                                 dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

Todaro,

    Plaintiff

                                                  Adv. Proc. No. 20-02035-CMB

WELLS FARGO BANK, N.A.,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Nov 05, 2021 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Nicki M. Todaro, P.O. Box 2, 736 Second Street, Newell, PA 15466-0002 |
| 3pp | + | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Nov 05 2021 22:55:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 05 2021 22:55:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Nov 05 2021 22:55:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| 3pd | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2021 22:55:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Nicki M. Todaro, P.O. Box 2, 736 Second Street, Newell, PA 15466-0002 |
| dft | *+ | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| cc | *+ | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2                          User: dric                              Page 2 of 2
Date Rcvd: Nov 05, 2021                   Form ID: pdf900                      Total Noticed: 6

Date: Nov 07, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Bradley A. King | on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Bradley A. King | on behalf of Defendant WELLS FARGO BANK  N.A. bking@kingguiddylaw.com |
| Brian Nicholas | on behalf of 3rd Pty Defendant PNC Bank  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Defendant WELLS FARGO BANK  N.A. bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Plaintiff Nicki M. Todaro sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| James Warmbrodt | on behalf of 3rd Pty Defendant PNC Bank  N.A. bkgroup@kmllawgroup.com |
| Scott A. Dietterick | on behalf of 3rd Pty Defendant PNC Bank  N.A. amps@manleydeas.com |

TOTAL: 7