IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Nicki M. Todaro,<br>                Debtor/Plaintiff,<br>vs.<br><br>Wells Fargo Bank, N.A.,<br>                Defendant. | Case No. 19-23010-CMB<br><br>Chapter No. 13<br><br>Adversary No. 20-02035-CMB<br><br>Related to Document No. 62 |
| Wells Fargo Bank, N.A.,<br>                Third Party Plaintiff,<br>vs.<br><br>PNC Bank, N.A.,<br>                Third Party Defendant. | |

### ORDER OF COURT

AND NOW, this __28th__ day of __December__, 2021, upon consideration of the Joint Motion to Extend Deadlines Set Forth in the Order of Court of November 5, 2021 and to Continue the Pre-Trial Conference Scheduled for January 25, 2022 filed herein, it is hereby

ORDERED that the Motion is granted and the deadlines in the Order of Court of November 5, 2021 are extended to March 1, 2022 for discovery to be completed and to March 30, 2022 for dispositive motions to be submitted; and it is further

ORDERED, that the Pre-Trial Conference scheduled for January 25, 2022 at 11:00 a.m. is continued to the __22nd__ day of __March__, 2022 at __11:00__ _a_.m. via Zoom.

BY THE COURT:

FILED
12/28/21 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm   dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

Todaro,
    Plaintiff

Adv. Proc. No. 20-02035-CMB

WELLS FARGO BANK, N.A.,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Dec 28, 2021 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Nicki M. Todaro, P.O. Box 2, 736 Second Street, Newell, PA 15466-0002 |
| 3pp | + | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Dec 28 2021 23:09:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 28 2021 23:09:00 | United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107-4405 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Dec 28 2021 23:09:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| 3pd | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 28 2021 23:09:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Nicki M. Todaro, P.O. Box 2, 736 Second Street, Newell, PA 15466-0002 |
| dft | *+ | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| cc | *+ | WELLS FARGO BANK, N.A., c/o Jill Manuel-Coughlin, Esquire, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2 | User: dric | Page 2 of 2
Date Rcvd: Dec 28, 2021 | Form ID: pdf900 | Total Noticed: 6

Date: Dec 30, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Bradley A. King
     on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. bking@kingguiddylaw.com

Bradley A. King
     on behalf of Defendant WELLS FARGO BANK  N.A. bking@kingguiddylaw.com

Brian Nicholas
     on behalf of 3rd Pty Defendant PNC Bank  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
     on behalf of Defendant WELLS FARGO BANK  N.A. bnicholas@kmllawgroup.com

Daniel R. White
     on behalf of 3rd Party Plaintiff WELLS FARGO BANK  N.A. sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

Daniel R. White
     on behalf of Plaintiff Nicki M. Todaro sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com

James Warmbrodt
     on behalf of 3rd Pty Defendant PNC Bank  N.A. bkgroup@kmllawgroup.com

Scott A. Dietterick
     on behalf of 3rd Pty Defendant PNC Bank  N.A. amps@manleydeas.com

TOTAL: 8