## PROCEEDING MEMO

Date: 05/19/2022 10:00 am

In re: Nicki M. Todaro

Bankruptcy No. 19-23010-CMB
Chapter: 13

Adversary No. 20-2035 CMB
Doc. No. 1, 11

Nicki M.Todaro, Plaintiff v. WELLS FARGO BANK, N.A., Defendant

Appearances: Kate DeSimone, Daniel R. White, Bradley A. King, Michael Oliverio

Nature of Proceeding: #1, 11 First Pretrial Conference on Complaint to Determine Secured Status and Third Party Complaint

Additional Pleadings: #10 Answer to Complaint by Wells Fargo Bank, N.A.; #12 Exhibit A to Third Party Complaint; #22 Plaintiff's Answer to Defendant's Affirmative Defenses and Reply to Defendant's Counterclaims;#50 PNC Bank, N.A.'s Answer to Third Party Complaint; #52 Early Conference Certification and Stipulation; #68 Stipulation of Facts and Documents

Judge's Notes:

Outcome: Hearing Held. By Friday, 05/27/2022, All Parties are to file a Consent Statement that the Bankruptcy Court has the right to enter final judgment. Mediation Order will be issued. Dispositive Motions that are due on 05/30/2022, are extended until after Mediation.

FILED
5/20/22 7:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief Bankruptcy Judge