# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David O. Marshall Sr.<br>  Debtor(s) | |
| | CHAPTER 13 |
| Visio Financial Services, Inc.<br>  Movant | |
| vs. | |
| David O. Marshall Sr.<br>  Debtor(s) | NO. 17-22229 GLT |
| Ronda J. Winnecour<br>  Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

  Kindly withdraw the Motion for Relief from the Automatic Stay captioned "Visio Financial Services, Inc., v. David O. Marshall Sr.,  Case No. 17-22229-GLT"  which was inadvertently filed in the within case on or about **February 18, 2022at Docket No. 140.**

                              Respectfully submitted,

                              **/s/ Denise Carlon, Esquire____**
                              Denise Carlon, Esquire
                              dcarlon@kmllawgroup.com
                              Attorney I.D. No. 317226
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              Phone: 215-627-1322
                              Attorney for Movant/Applicant

Dated: April 14, 2022